UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN W. HOUSER,

Plaintiff,

v.

CHERYL STRANGE, *et al.*,

Defendants.

CASE NO. 3:26-cv-05988-JHC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed de the Report and Recommendation (R&R) of the Honorable Grady J. Leupold, United States Magistrate Judge (Dkt. # 5), Plaintiff's objections (Dkt. # 8), and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R.

(2) Plaintiff's Motion for Temporary Restraining Order (Dkt. 3) is **DENIED**. With this matter resolved, the United States Magistrate Judge assigned to the case may continue in screening Plaintiff's Complaint as required by 28 U.S.C. § 1915A(a).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 14th day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge